■ In the Matter of the Arbitration between LIBERTY MUTUAL INSURANCE COMPANY, Appellant, and MILICENT HOGAN et al., Respondents.—Order, Supreme Court, New York County (Stanley Sklar, J.), entered on April 30, 1992, unani-

mously affirmed for the reasons stated by Sklar, J., with costs and with disbursements. No opinion. Concur—Murphy, P. J., Ellerin, Kupferman, Kassal and Rubin, JJ. *[See,* 150 Misc 2d 456.]